*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

## MEMORANDUM OPINION

No. 04-09-00687-CR

**IN RE** David **KELLUM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice
Steven C. Hilbig, Justice

Delivered and Filed: November 4, 2009

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR LEAVE TO FILE
DISMISSED AS MOOT

On October 23 2009, relator David Kellum filed a *pro se* petition for writ of mandamus, seeking to compel the trial court to conduct a hearing and rule on motions to suppress and for quantitative weight analysis, which Kellum filed *pro se* in the underlying criminal proceeding. Kellum is represented by appointed counsel in that proceeding.[2]

A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App.

---

[1] This proceeding arises out of Cause No. 2008-CR-8627, styled *The State of Texas v. David Kellum*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.

[2] Attorney Michael Raign was appointed to represent relator in the criminal proceeding pending in the trial court.

1995).  A trial court has no legal duty to rule on a *pro se* motion in a criminal proceeding in which the defendant is represented by counsel.  *See Robinson*, 240 S.W.3d at 922.  Consequently, the trial court did not abuse its discretion by failing to rule on relator's *pro se* motions, and relator's petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).  Relator's motion for leave to file the petition is dismissed as moot.

PER CURIAM

PUBLISH